THE RIVERDALE CEMETERY ASSOCIATION OF NIAGARA FALLS, N. Y., and Others, Appellants, v. ST. MARY'S ROMAN CATHOLIC CHURCH SOCIETY OF NIAGARA FALLS, N. Y., and Another, Respondents.— Motion to amend order entered November 8, 1940 [260 App. Div. 984], denied. Motion for leave to appeal to

the Court of Appeals denied. Memorandum: Our decision in this case was not based upon section 7-a of the Religious Corporations Law. The complaint, including the contract which is made a part thereof, does not successfully plead possession in the plaintiffs-appellants. It shows on the other hand that defendants-respondents have been in continuous possession since 1897. The Statute of Limitations is, therefore, a bar. A complaint that states facts constituting a defense against the cause of action therein set forth does not state a cause of action. (*Beisheim* v. *People*, 255 App. Div. 429.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.